U.S. DIST. COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 3 0 2016

TONY R. MOORE, CLERK
BY: _____
           DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LAL BHATIA, Petitioner | CIVIL ACTION NO. 1:16-CV-576; SECTION "P" |
| VERSUS | JUDGE TRIMBLE |
| WARDEN, ET AL., Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the § 2241 petition is hereby **DENIED** and **DISMISSED**.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 30th day of August, 2016.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE